IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
PECOS DIVISION

| | | |
|---|---|---|
| JUDD FOUNDATION, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| v. | § | |
| | § | Case No. 4:22-cv-00027-DC-DF |
| KUKJE GALLERY, INC. s/h/a KUKJE | § | |
| GALLERY, and | § | |
| TINA KIM GALLERY, LLC s/h/a TINA | § | |
| KIM GALLERY, | § | |
| | § | |
| Defendants. | § | |
| | § | |

**PLAINTIFF JUDD FOUNDATION'S AGREED MOTION TO EXTEND PLAINTIFF'S DEADLINE TO RESPOND TO DEFENDANT TINA KIM GALLERY, LLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Plaintiff JUDD FOUNDATION ("Judd") files this Agreed Motion to Extend Plaintiff's Deadline to Respond to Defendant TINA KIM GALLERY, LLC'S Motion to Dismiss for Lack of Personal Jurisdiction:

I.

1.      Judd respectfully moves the Court to extend its time to answer Tina Kim Gallery, LLC's ("Tina Kim") Motion to Dismiss asserted pursuant to Federal Rule of Civil Procedure 12(b)(2). Tina Kim's Motion was filed August 11, 2022. Def. Tina Kim Gallery, LLC's Mot. to Dismiss for Lack of Personal Jurisdiction, ECF No. 4. Per Western District of Texas Local Rule CV-7(d)(2), Judd's response is due August 25, 2022.

2.      Lead counsel for Judd, Christopher Robinson of Rottenberg, Lipman, Rich, P.C., is currently out of town on vacation. Mr. Robinson therefore seeks a two-week extension of

the deadline to file Judd's response. The new deadline under the proposed extension would be Thursday, September 8, 2022.

3.      Judd filed this Motion as soon as it became aware of the need for additional time and before the deadline of August 25, 2022.

## II.

4.      A court may grant a request to extend time for good cause. Fed. R. Civ. P. 6(b)(1)(A); *Rachel v. Troutt*, 820 F.3d 390, 394–95 (10th Cir. 2016). Here, Judd asks the Court to extend the deadline to respond to Tina Kim's Motion to Dismiss by two weeks until September 8, 2022, as lead counsel is out of the office. Judd's request is for good cause and is not intended to delay these proceedings. Tina Kim is in agreement with the proposed extension and will not be prejudiced.

For the foregoing reasons, Plaintiff JUDD FOUNDATION respectfully prays the Court extend its deadline to respond to Defendant TINA KIM, LLC'S Motion to Dismiss to September 8, 2022, and award any further relief to which it may be justly entitled, at law or in equity.

## CERTIFICATE OF CONFERENCE

I certify that on August 17, 2022, I conferred with Richard Lerner, Esq. and he does not oppose the Motion.

_____
CHRISTOPHER ROBINSON

Respectfully submitted,

KEMP SMITH LLP
221 North Kansas, Suite 1700
El Paso, Texas 79901-1441
(915) 533-4424
(915) 546-5360 (FAX)


By:     */s/ Ken Slavin*
      Ken Slavin
      State Bar No. 18496100
      Attorneys for Plaintiff
      **Judd Foundation**


## CERTIFICATE OF SERVICE

Undersigned hereby certifies that a true and correct copy of the foregoing document has been filed via the court's ECF system and sent via e-mail to all counsel of record, this 19th day of August, 2022.


                    */s/ Ken Slavin*
                    KEN SLAVIN