# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# PECOS DIVISION

| | |
|---|---|
| JUDD FOUNDATION, § | |
| *Plaintiff,* § | |
| § | |
| v. § | NO.   PE:22-CV-00027 |
| § | |
| KUKJE GALLERY, INC. s/h/a KUKJE § | |
| GALLERY, and TINA KIM GALLERY, § | |
| LLC s/h/a TINA KIM GALLERY, § | |
| *Defendants*. § | |

## ORDER

BEFORE THE COURT is the parties' Joint Stipulation of Dismissal Without Prejudice (Doc. 10) filed September 22, 2022. The parties have agreed to file this stipulation without prejudice and to re-file this case in New York Supreme Court, New York County, and that this action should be dismissed without prejudice. (*Id*.). Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows a plaintiff to dismiss an action upon filing a stipulation of dismissal signed by all parties who have appeared. Plaintiff has done so. "Stipulated dismissals under Rule 41(a)(1)(A)(ii) . . . require no judicial action or approval and are effective automatically upon filing." *Yesh Music v. Lakewood Church*, 727 F.3d 356, 362 (5th Cir. 2013).

The Court therefore **ORDERS** that the Clerk of Court **CLOSE** this action.

It is so **ORDERED**.

SIGNED this 26th day of September, 2022.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE